UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HOU-TEX TRUST,

Plaintiff,

v.

TUSCHNER & COMPANY, INC., TUSCHNER FINANCIAL GROUP, INC., JOHN M. TUSCHNER, FRANCIS A. DAHLBERG, DENNIS B. REITER, NORTHSTAR MANAGEMENT GROUP, INC., ROBERT L. CASHMAN, EQUITY CAPITAL GROUP, INC., ROBERT P. ATWELL, CORPORATE SOLUTION and DOES 1 THROUGH 10,

Defendants.

CIVIL NO. 00-306 (RHK/JMM)

ORDER

The above matter came on before the undersigned upon the Stipulation between Plaintiff and Defendant John M. Tuschner for an Extension of Time to Respond to the Amended Complaint.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant John M. Tuschner shall have an extension of time to and including May 19, 2000 in which to answer, move, or otherwise respond to the Amended Complaint in the above-captioned matter.

Dated: May 1, 2000

JOHN M. MASON
United States Magistrate Judge

FILED MAY 01 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK