UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HOU-TEX TRUST,

Plaintiff,

v.

TUSCHNER & COMPANY;
TUSCHNER FINANCIAL GROUP, INC.;
JOHN M. TUSCHNER; FRANCIS A.
DAHLBERG; DENNIS B. REITER;
NORTHSTAR MANAGEMENT GROUP, INC.;
ROBERT L. CASHMAN; EQUITY CAPITAL
GROUP, INC.; ROBERT P. ATWELL;
CORPORATE SOLUTION; and DOES 1 THROUGH 10,

Defendants.

CIVIL NO. 00-306 (RHK/JMM)

ORDER

This matter was before the Court for a Pretrial Conference on September 6, 2000. No appearances were made on behalf of Defendants Tuschner & Company, Inc.; Tuschner Financial Group; Francis A. Dahlberg or Northstar Management Group, Inc.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. No later than September 11, 2000, Plaintiff shall cause a Notice of Default to be entered by the Clerk of Court as to all Defendants in default in this matter.

2. No later than September 29, 2000, the parties shall file all Motions which relate to the desired or actual effect of bankruptcy proceedings on the procedural status of this case.

Dated: September 7, 2000

JOHN M. MASON
United States Magistrate Judge

FILED SEP 07 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK