UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HOU-TEX TRUST,

Plaintiff,

v.

TUSCHNER & COMPANY;
TUSCHNER FINANCIAL GROUP, INC.;
JOHN M. TUSCHNER; FRANCIS A.
DAHLBERG; DENNIS B. REITER;
NORTHSTAR MANAGEMENT GROUP, INC.;
ROBERT L. CASHMAN; EQUITY CAPITAL
GROUP, INC.; ROBERT P. ATWELL;
CORPORATE SOLUTION; and DOES 1 THROUGH 10,

Defendants.

CIVIL NO. 00-306 (RHK/JMM)

ORDER

The above matter came on before the undersigned upon the Non-Defaulting Defendants' Motion for Stay [Docket No. 38].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the Non-Defaulting Defendants' Motion for Stay [Docket No. 38] is denied.

Dated: October 4, 2000

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

There is an automatic stay of this action against Defendant Tuschner & Company Inc. by reason of its involuntary bankruptcy. At the pretrial conference in this

FRANCIS E. DOSAL, CLERK OCT 04 2000
JUDGMENT ENTD ______
DEPUTY CLERK ______

matter, the Court requested that the parties address whether there was any effect on the other Defendants in this action caused by that Stay. In their pleadings filed in response, the parties advised the Court that there was no mandatory legal effect upon the balance of the action. Defendants have moved the Court to Stay the action, based upon practical considerations outlined in their motion. Plaintiff opposes the Motion, and suggests that it will be prejudiced by any Stay. We have concluded that the burden of establishing the need for a Stay has not been met, and that the action should proceed. We are influenced as well by the uncertainty as to the date on which the Stay could be lifted. Accordingly, we have issued a Pretrial Scheduling Order setting forth the required deadlines.

This Court also observed at the pretrial conference that some of the Defendants had not filed responses to the Complaint. Plaintiff has now caused the Clerk of Court to enter a default as to Defendants Tuschner Financial Group, Inc, Northstar Management Group, Inc., Francis A. Dahlberg and Dennis B. Reiter, pursuant to the provisions of Rule 55(a) of the Federal Rules of Civil Procedure. (No default judgment against said Defendants has been sought.) The remaining Defendants have responded to the Complaint.

J.M.M.