UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HOU-TEX TRUST,

Plaintiff,

v.

TUSCHNER & COMPANY;
TUSCHNER FINANCIAL GROUP, INC.;
JOHN M. TUSCHNER; FRANCIS A.
DAHLBERG; DENNIS B. REITER;
NORTHSTAR MANAGEMENT GROUP, INC.;
ROBERT L. CASHMAN; EQUITY CAPITAL
GROUP, INC.; ROBERT P. ATWELL;
CORPORATE SOLUTION; and DOES 1 THROUGH 10,

Defendants.

CIVIL NO. 00-306 (RHK/JMM)

ORDER

The above matter came on before the undersigned upon Defendants Robert L. Cashman and Equity Capital Group, Inc.'s unopposed Motion to Amend the Pretrial Scheduling Order.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendants Robert L. Cashman and Equity Capital Group, Inc.'s unopposed Motion to Amend the Pretrial Scheduling Order is denied.

Dated: October 23, 2000

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

In the Pretrial Scheduling Order, the Court required that Motions to Amend be filed no later than November 1, 2000, after discussions with the parties on that subject.

FILED OCT 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The parties now seek to extend this time to March 17, 2001, but they have not substantiated that this additional period of time is required, nor that any party would be prejudiced by requiring compliance with the Scheduling Order. Delays in the pleading stage have the consequence of causing further delays. This case has been pending for a considerable period of time. Although the action was stayed for a period of time, it is to be expected that by now the parties are aware of what claims they wish to make, and the identity of the parties against whom they wish to assert them. On the basis of the record before the Court, we cannot conclude that the parties have satisfied the good cause for amending a Scheduling Order, as required by Local Rule 16.3.

J.M.M.