5

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HOU-TEX TRUST,

Plaintiff,

v.

TUSCHNER & COMPANY;
TUSCHNER FINANCIAL GROUP, INC.;
JOHN M. TUSCHNER; FRANCIS A.
DAHLBERG; DENNIS B. REITER;
NORTHSTAR MANAGEMENT GROUP, INC.;
ROBERT L. CASHMAN; EQUITY CAPITAL
GROUP, INC.; ROBERT P. ATWELL;
CORPORATE SOLUTION; and DOES 1 THROUGH 10,

Defendants.

CIVIL NO. 00-306 (RHK/JMM)

ORDER

The above matter came on for hearing before the undersigned on December 5, 2000 upon Defendants Robert L. Cashman, Equity Capital Group, Inc. and First Consolidated Securities' Motion for Leave to File Third Party Complaint and to Amend Counterclaim [Docket No. 44]. Roger Anderson, Esq. appeared on behalf of Plaintiff; James Hanneman, Esq. appeared on behalf of Defendant John M. Tuschner; Michael Ryan, Esq. and Richard Koch, Esq. appeared on behalf of Defendants Robert L. Cashman, Equity Capital Group, Inc. and First Consolidated Securities; David Kraker, Esq. appeared on behalf of Defendants Robert P. Atwell and Corporate Solution. There were no other appearances.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

JAN 04 2001
CLERK

IT IS HEREBY ORDERED that Defendants Robert L. Cashman, Equity Capital Group, Inc. and First Consolidated Securities' Motion for Leave to File Third Party Complaint and to Amend Counterclaim [Docket No. 44] is denied.

Dated: January 3, 2001

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

The Motion was brought after the expiration of the time for amending the pleadings. More important, it appears that the issues raised are not directly related to the issues raised by the Complaint of Plaintiff in the underlying action. Permitting the amendment would interfere with the achievement of the other deadlines set forth in the Pretrial Scheduling Order.

The Motion is denied without prejudice to the right of the moving party to assert these claims in separate litigation. To the extent that the existing Counterclaim/Third Party complaint raises issues which are properly considered with those proposed to be raised by the Motion presently under consideration, it would appear that the superior method of resolving those issues would be to separate them from the instant litigation, and consolidate them for trial with the new allegations if made in a separate lawsuit. See Federal Rules of Civil procedure, Rule 42(a) and (b).

Counsel for Defendant John Tuschner also presented pleadings seeking leave to withdraw as his counsel. Since these had not been served or filed in accordance with the Local Rules of this Court, this Motion was withdrawn without prejudice.

J.M.M.