UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

HOU-TEX TRUST, CIVIL NO. 00-306 (RHK/JMM)

Plaintiff,

v. ORDER

TUSCHNER & COMPANY, INC.,
TUSCHNER FINANCIAL GROUP, INC.,
JOHN M. TUSCHNER, FRANCIS A. DAHLBERG,
DENNIS B. REITER, NORTHSTAR MANAGEMENT
GROUP, INC., ROBERT L. CASHMAN,
EQUITY CAPITAL GROUP, INC.,
ROBERT P. ATWELL, CORPORATE
SOLUTION, and DOES 1-10,

Defendants.

The above matter came on for hearing before the undersigned on November 13, 2001 upon Motions for Sanctions by Defendants Robert L. Cashman and Equity Capital Group [Docket No. 51], Defendant John M. Tuschner [Docket No. 54] and Defendant Robert P. Atwell [Docket No. 57]. Roger Dale Anderson, Esq. appeared on behalf of Plaintiff; Michael C. McCarthy, Esq. appeared on behalf of Defendant John M. Tuschner; Michael J. Ryan, Esq. appeared on behalf of Defendants Robert L. Cashman and Equity Capital Group; David L. Kraker, Esq. appeared on behalf of Defendant Robert P. Atwell. At the hearing, Defendant John M. Tuschner withdrew his Motion [Docket No. 54] as moot.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

FILED NOV 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS HEREBY ORDERED:

1. Defendant Tuschner's Motion for Sanctions [Docket No. 54] is withdrawn as moot.

2. Defendants Robert Cashman and Equity Capital's Motion for Sanctions [Docket No. 51] is granted. Plaintiff shall pay Defendants Robert Cashman and Equity Capital sanctions in the amount of $1860.05 no later than November 21, 2001.

3. Defendant Robert Atwell's Motion for Sanctions [Docket No. 57] is granted. Plaintiff shall pay Defendant Robert Atwell sanctions in the amount of $1000.00 no later than November 21, 2001.

4. Plaintiff shall be barred from eliciting testimony from Dean Cubley, Sammy Fleschler, and Richard Weed on its behalf at trial.

5. The Affidavit of Sammy Fleschler submitted by Plaintiff in opposition to the Motion to Dismiss by Defendant John Tuschner shall not be considered by the Court and shall be stricken from the record.

Dated: November 14, 2001

JOHN M. MASON
United States Magistrate Judge

**MEMORANDUM**

Defendants seek sanctions against Plaintiff based upon the failure of certain witnesses to appear for their scheduled depositions. Plaintiff did not file or serve any opposition to Defendants' Motions for Sanctions. Counsel for Plaintiff did appear at the

hearing, but stated that his client had chosen to take a "passive" approach to the Motions, and did not dispute that the relief prayed for by Defendants should be granted.

The amount of the sanctions was calculated as follows:

Defendants Cashman and Equity Group

attorney fees (5 hours @ $225/hour) = $1125
+ air fare = $448
+ court reporter fee = $287.05
----------------------------------------
TOTAL = $1860.05

Defendant Atwell

attorney fees (5 hours @ $200/hour) = $1000
----------------------------------------
TOTAL = $1000.00

J.M.M.