UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Hou-Tex Trust,

Plaintiff,

vs.

Tuschner & Company, Inc.; Tuschner Financial Group, Inc.; John M. Tuschner; Francis A. Dahlberg; Dennis B. Reiter; Northstar Management Group, Inc.; Robert L. Cashman; Equity Capital Group, Inc.; Robert P. Atwell; Corporate Solution; and Does 1 through 10,

Defendants.

Court File No. 00-306 (RHK/JMM)

**ORDER**

---

The parties who have appeared in this action have stipulated to the dismissal with prejudice of all claims made by Plaintiff Hou-Tex Trust against Defendant John M. Tuschner and of the cross-claim made by Defendant John M. Tuschner against Defendant Tuschner Financial Group, Inc. A copy of that stipulation, the original of which is on file with the Court, is attached hereto as Exhibit A.

In accordance with the parties' stipulation, it is hereby ORDERED that (1) all claims made in this action by Plaintiff Hou-Tex Trust against Defendant John M. Tuschner are DISMISSED with prejudice; (2) the cross-claim made by Defendant John M. Tuschner against Defendant Tuschner Financial Group, Inc., is DISMISSED; and

FILED NOV 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

(3) as between Plaintiff Hou-Tex Trust and Defendant John M. Tuschner, each party shall bear its own costs, fees, disbursements, and/or expenses in this matter.

BY THE COURT:

Dated: 11/20/01

[signature]
The Honorable Richard H. Kyle
United States District Court Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Hou-Tex Trust,

Plaintiff,

vs.

Tuschner & Company, Inc.; Tuschner Financial Group, Inc.; John M. Tuschner; Francis A. Dahlberg; Dennis B. Reiter; Northstar Management Group, Inc.; Robert L. Cashman; Equity Capital Group, Inc.; Robert P. Atwell; Corporate Solution; and Does 1 through 10,

Defendants.

Court File No. 00-306 (RHK/JMM)

**STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT JOHN M. TUSCHNER**

---

WHEREAS, Plaintiff Hou-Tex Trust ("Hou-Tex") and Defendant John M. Tuschner ("Tuschner") have agreed that Hou-Tex's claim against Tuschner should be, and hereby will be, dismissed with prejudice;

WHEREAS, Hou-Tex and Tuschner have agreed to execute a mutual release of all claims, which shall be done in a separate document;

WHEREAS, dismissal of the claims by Hou-Tex against Tuschner will necessarily result in the dismissal of Tuschner's cross-claim for indemnity against Defendant Tuschner Financial Group, Inc.; and

WHEREAS, Federal Rule of Civil Procedure 41(a)(1) requires that a voluntary dismissal be signed by counsel for all parties who have appeared in the action,

Ex. A

THEREFORE, it is hereby STIPULATED by and among all represented parties to this action, through their undersigned counsel, that (1) all claims made in this action by Hou-Tex against Tuschner shall be, and hereby are, dismissed with prejudice; (2) that Tuschner's cross-claim against Defendant Tuschner Financial Group, Inc., shall be, and hereby is, dismissed with prejudice; and (3) that, as between Hou-Tex and Tuschner, each party shall bear its own costs, fees, and/or expenses in this matter.

Dated: 11/13/2001

Respectfully submitted,

Roger D. Anderson (#186533)
2300 Firstar Center
101 East Fifth Street
Saint Paul, MN 55101-1891
Telephone: (651) 224-5864

***Attorney for Plaintiff Hou-Tex Trust***

Dated: 11/13/01

**MASLON EDELMAN BORMAN & BRAND, LLP**

By: ______________________

James F. Hanneman (#202319)
Michael C. McCarthy (#230406)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8200

***Attorneys for Defendant John M. Tuschner***

Dated: 11/13/01

Michael J. Ryan
17781 Southeast Federal Highway
Tequesta, FL 33469
Telephone: (561) 746-1050

***Attorneys for Defendants Robert L. Cashman and Equity Capital Group, Inc.***

Dated: 11/13/2001

**DAVID L. KRAKER & ASSOCIATES**

By: ______________________
David L. Kraker (#57988)
3109 Hennepin Avenue South
Minneapolis, MN 55408
Telephone: (612) 827-8124

***Attorneys for Defendants Robert P. Atwell and Corporate Solution***

173516