UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HOU-TEX TRUST,

Plaintiff,

v.

ROBERT L. CASHMAN, et al.

Defendants.

CIVIL NO. 00-306 (RHK/JMM)

ORDER/NOTICE OF HEARING

PLEASE TAKE NOTICE that oral argument will be heard before the undersigned on Defendant Robert L. Cashman and Equity Capital Group's Motion for Rule 11 Sanctions [Docket No. 65] on Wednesday, January 16, 2002 at 4:00 p.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

Dated: January 14, 2002

JOHN M. MASON
U.S. Magistrate Judge

JAN 14 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK