UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HOU-TEX TRUST, a Texas trust

Plaintiff,

vs

CV 00-306 RHK/JMM

TUSCHNER & COMPANY, INC., A Minnesota corporation,
TUSCHNER FINANCIAL GROUP INC., a Minnesota corporation,

Defendants.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: January 22, 2002

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

JAN 22 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK