IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Hou-Tex, a Texas trust

Plaintiff

vs.

Tuschner & Company, Inc., a Minnesota corporation; Tuschner Financial Group, Inc. a Minnesota corporation; John M. Tuschner, an individual; Francis A. Dahlberg, an individual; Dennis B. Reiter, an individual; Northstar Management Group, Inc. a Minnesota corporation; Robert L. Cashman, an individual; Equity Capital Group, Inc., a Colorado corporation; Robert P. Atwell, an individual; Corporate Solution, an entity unknown; and Does 1 through 10,

Defendants

Robert L. Cashman, Equity Capital Group, Inc. and First Consolidated Securities,

Counter Plaintiffs/Cross Plaintiffs,

vs.

Hou-Tex, a Texas Trust,

Counter Defendant

and Tuschner & Company, Inc. and Tuschner Financial Group, Inc.,

Cross Defendants.

CIVIL ACTION

Case No: 00-306 (RHK/JMM)

## ORDER

The parties who have appeared in this action have stipulated to the dismissal with prejudice of all claims made by Plaintiff Hou-Tex Trust against all Defendants.

MAR 04 2002
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

The Plaintiff's claim against John M. Tuschner and the cross-claim made by Defendant John M. Tuschner against Defendant Tuschner Financial Group, Inc. have been previously dismissed by Order dated November 20, 2001.

Robert L. Cashman and Equity Capital Group, Inc. have stipulated to the dismissal with prejudice of their cross-claim against Robert P. Atwell and Corporate Solutions and their counter-claim against Plaintiff Hou-Tex. A copy of that stipulation, the original of which is on file with the Court, is attached hereto as Exhibit A.

In accordance with the parties' stipulation, it is hereby ORDERED that (1) all claims made in this action by Plaintiff Hou-Tex Trust against all Defendants are DISMISSED will prejudice; (2) all cross-claims and counter claims made by Defendants are DISMISSED with prejudice; (3) all parties shall bear their own costs, fees, disbursement, and/or expenses in this matter except that Plaintiff Hou-Tex Trust shall pay to Defendant Cashman $15,000 and 15,000 shares of Eagle Wireless as fees and costs.

BY THE COURT:

Dated: 3/04/02

[signature]

The Honorable Richard H. Kyle
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Hou-Tex, a Texas trust<br><br>Plaintiff<br><br>vs.<br><br>Tuschner & Company, Inc., a Minnesota corporation; Tuschner Financial Group, Inc. a Minnesota corporation; John M. Tuschner, an individual; Francis A. Dahlberg, an individual; Dennis B. Reiter, an individual; Northstar Management Group, Inc. a Minnesota corporation; Robert L. Cashman, an individual; Equity Capital Group, Inc., a Colorado corporation; Robert P. Atwell, an individual; Corporate Solution, an entity unknown; and Does 1 through 10,<br><br>Defendants<br><br>Robert L. Cashman, Equity Capital Group, Inc. and First Consolidated Securities,<br><br>Counter Plaintiffs/Cross Plaintiffs,<br><br>vs.<br><br>Hou-Tex, a Texas Trust,<br><br>Counter Defendant<br><br>and Tuschner & Company, Inc. and Tuschner Financial Group, Inc.,<br><br>Cross Defendants. | CIVIL ACTION<br><br>Case No: 00-306 (RHK/JMM)<br><br>RECEIVED<br>BY MAIL<br>FEB 27 2002<br>CLERK US DIST COURT<br>ST. PAUL, MN |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS, Plaintiff Hou-Tex Trust ("Hou-Tex") and Defendant John M.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Tuschner ("Tuschner") previously agreed that Hou-Tex's claim against Tuschner should be dismissed with prejudice and this is *fait accompli*

WHEREAS, John M. Tuschner has previously agreed to dismiss his cross-claim against Tuschner Financial Group, Inc. and this is *fait accompli.*

WHEREAS, Plaintiff Hou-Tex Trust and Defendants Robert L. Cashman and Equity Capital Group, Robert P. Atwell and Corporate Solution have agreed that all claims, cross-claims and counterclaims between them should be and hereby will be dismissed with prejudice and that Plaintiff's dismissal is effective as to all parties defendant.

WHEREAS, Federal Rule of Civil Procedure 41(a)(1) requires that a voluntary dismissal be signed by counsel for all parties who have appeared in the action

THEREFORE, it is hereby STIPULATED by and among all represented parties to this action, through their undersigned counsel, that (1) all claims made in this action by Hou-Tex against all remaining named Defendants shall be, and hereby are, dismissed with prejudice; (2) that all remaining cross-claims and counter-claims shall be, and are hereby dismissed with prejudice; and (3) that all parties shall bear their own costs, fees, and/or expenses in this matter except that Hou-Tex shall pay to Robert L. Cashman $15,000 and 15,000 shares of Eagle Wireless stock as costs and fees.

Date: Feb 22, 2002

Roger D. Anderson, Esquire
Bar No. 186533
2300 Firstar Center
101 East Fifth Street
Saint Paul, MN 55101-1891
Telephone: (651) 224-5864

Attorney for Plaintiff Hou-Tex Trust

Date: 21 ~~December~~ February RFK 2002

Michael J. Ryan Law Office.
17781 SE Federal Highway
Tequesta, FL 33469
(561) 746-1050

By: [signature]
Michael J. Ryan, Esquire
FL Bar #0120754
Pro Hoc Vice

Richard F. Koch Law Office
Lake Calhoun Professional Bldg.
3109 Hennepin Avenue
Minneapolis, MN 55408
(612) 827-8101

By: Richard F. Koch [signature]
Richard F Koch, Esquire
MN Bar #005723X

Attorneys for Robert L. Cashman
and Equity Capital Group, Inc.

Date: 21 February 2002

David L. Kraker & Associates
3109 Hennepin Avenue South
Minneapolis, MN 55408
Telephone: (612) 827-8124

By: [signature]
David L. Kraker, Esquire
Bar No: 57988

Attorney for Defendants Robert P. Atwell
And Corporate Solution